# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTIFER-SILVERADO FUND I, LLC,**<br>Plaintiff,<br>vs.<br>**ZHONGLI SCIENCE AND TECHNOLOGY GROUP CO., LTD., ET AL.,**<br>Defendants. | CASE NO. 19-cv-04243-YGR<br><br>**ORDER VACATING DATES** |

On October 8, 2019, the Court issued an order to show cause why this action should not be dismissed for lack of subject matter jurisdiction. (Dkt. No. 26.) Specifically, the Court ordered plaintiff to file a response specifying the citizenship of Silverado Power, LLC and Martifer Solar USA so the Court could determine whether plaintiff satisfied the requirement of complete diversity from all defendants.

On October 17, 2019, plaintiff filed a motion for voluntary dismissal of defendant Talesun Solar USA, Ltd ("Talesun USA"). (Dkt. No. 27.) Plaintiff avers that by dismissing Talesun USA, subject matter jurisdiction is proper because defendants are citizens of only China and plaintiff is not a citizen of China.

The Court hereby **GRANTS** plaintiff's motion to voluntarily dismiss Talesun USA. The Court will proceed to consider the pending motion to dismiss (Dkt. No. 12) on the other grounds raised in the motion and will reset a hearing as needed. The order to show cause hearing and the hearing on the motion to voluntarily dismiss, both set for October 25, 2019, are hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: October 21, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**