ELIZABETH PIPKIN (243611)
HILARY WEDDELL (293276)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
Email: epipkin@mcmanislaw.com

Attorneys for Defendants,
ZHONGLI SCIENCE AND TECHNOLOGY
GROUP CO., LTD.; SUZHOU TALESUN SOLAR
TECHNOLOGY CO., LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MARTIFER-SILVERADO FUND I, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ZHONGLI SCIENCE AND TECHNOLOGY GROUP CO., LTD., a Chinese corporation; SUZHOU TALESUN SOLAR TECHNOLOGY CO., LTD., a Chinese corporation; TALESUN SOLAR USA, LTD., a Delaware corporation; and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No.: 4:19-CV-04243-YGR<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: November 16, 2020<br>Time: 2:00 p.m.<br>Location: Courtroom 1, 4th Floor<br>Judge: The Hon. Yvonne Gonzalez Rogers |

Plaintiff Martifer-Silverado Fund I, LLC ("plaintiff") and Defendants Zhongli Science and Technology Group Co., Ltd. and Suzhou Talesun Solar Technology Co., Ltd. ("defendants") (collectively the "parties") submit the following Joint Case Management Statement:

**Defendants' Statement:**

Defendants believe it is premature to discuss scheduling matters at this time given defendants' pending motion to stay this action, which is set for hearing on November 17, 2020. (Dkt. No. 54.) For similar reasons, defendants also object to providing initial disclosures until the Court rules on defendants' stay request. Fed. R. Civ. Proc. 26(a)(1)(C).

Defendants anticipate that issues may arise with respect to certain types of discovery that plaintiff may ultimately propound. Specifically, plaintiff may seek discovery that is inconsistent with defendants' obligations under Chinese law. After defendants' motion to stay is resolved, but before discovery is propounded, defendants respectfully request an opportunity to be heard regarding these issues so that a framework for facilitating such discovery can be implemented.

Defendants suggest the Court vacate the Case Management Conference and reschedule it after the Court rules on defendants' motion to stay, if necessary.

With regard to plaintiff's accusations in its portion of the Case Management Conference Statement, defendants object.

**Plaintiff's Statement:**

Since Plaintiff filed this lawsuit on July 24, 2019, Defendants have steadfastly refused to substantively participate in these proceedings, filing procedural motion after procedural motion. Now, instead of participating, Defendants signal their intention of filing some preliminary motion for unspecified relief concerning discovery they fear Plaintiff "may seek" (apparently, destruction of evidence relevant to U.S. legal proceedings is not problematic under Chinese law). Nevertheless, given this Court's October 15, 2020 Order continuing Defendants' deadline to file a responsive pleading until three weeks *after* the Court denies their Motion to

Stay Proceedings [Dkt. #55], Plaintiff does not object to Defendants' request to reschedule the Case Management Conference.

Dated: November 6, 2020

ONGARO PC

By: /s/ David R. Ongaro

David R. Ongaro

Attorneys for Plaintiff,
MARTIFER-SILVERADO FUND I, LLC

Dated: November 6, 2020

McMANIS FAULKNER

ELIZABETH PIPKIN
HILARY WEDDELL

Attorneys for Defendants,
ZHONGLI SCIENCE AND TECHNOLOGY GROUP CO., LTD.; SUZHOU TALESUN SOLAR TECHNOLOGY CO., LTD.