# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTIFER-SILVERADO FUND I, LLC,**<br><br>  Plaintiff,<br><br>  vs.<br><br>**ZHONGLI SCIENCE AND TECHNOLOGY GROUP CO., LTD., ET AL.,**<br><br>  Defendants. | CASE NO. 19-cv-04243-YGR<br><br>**ORDER DENYING MOTION TO STAY**<br>Re: Dkt. No. 54 |

On October 13, 2020, defendants Zhongli Science and Technology Group Co., Ltd. and Suzhou Talesun Solar Technology Co., Ltd., filed a Motion to Stay the Civil Proceedings. (Dkt. No. 54.) Having carefully considered the briefing and arguments submitted on the motion, and for the reasons stated on the record at the November 17, 2020 hearing, the Court **DENIES** defendants' Motion to Stay.

In addition, the initial Case Management Conference shall be set for **Monday, December 14, 2020** at **2:00 p.m.** A Clerk's notice setting that date will be issued.

This Order terminates Docket Number 54.

**IT IS SO ORDERED.**

Dated:  11/24/2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**