ELIZABETH PIPKIN (243611)
MARWA ELZANKALY (206658)
PATRICK HAMMON (255047)
McMANIS FAULKNER
a Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
Email: epipkin@mcmanislaw.com

Attorneys for Defendants,
ZHONGLI SCIENCE AND
TECHNOLOGY GROUP CO., LTD.;
SUZHOU TALESUN SOLAR
TECHNOLOGY CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARTIFER-SILVERADO FUND I, LLC<br><br>Plaintiff<br><br>vs.<br><br>ZHONGLI SCIENCE AND TECHNOLOGY GROUP CO., LTD.; SUZHOU TALESUN SOLAR TECHNOLOGY CO., LTD.; and DOES 1 THROUGH 5, inclusive<br><br>Defendants, | Case No.: 4:19-CV-04243-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date: June 1, 2021<br>Time: 2:00 P.M.<br>Location: Courtroom 1, 4th Floor<br>Judge: The Hon. Yvonne Gonzalez Rogers |

///

///

///

///

///

///

1

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS;
Case No.: 4:19-CV-04243-YGR

The hearing on the motion of defendants, Zhongli Science and Technology Group Co., Ltd. ("Zhongli"), and Suzhou Talesun Solar Technology Co. Ltd. ("Suzhou") (collectively "defendants"), for judgment on the pleadings as to Counts One through Four of Plaintiff's First Amended Complaint, came on regularly for hearing by the Court on June 1, 2021, in the above-entitled court, before the Honorable Yvonne Gonzalez Rogers.

After hearing, the matter was submitted to the Court for a ruling. The Court, having read and considered the supporting and opposing points and authorities, and having heard and considered the arguments of counsel, and good cause appearing therefore, makes the following orders:

IT IS ORDERED that defendants' motion for judgment on the pleadings is hereby is hereby GRANTED as to Counts One through Four of Plaintiff's First Amended Complaint. Judgment shall be entered accordingly in defendants' favor.

**IT IS SO ORDERED.**

DATED: _____  _____
THE HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE