ELIZABETH PIPKIN (243611)
MARWA ELZANKALY (206658)
PATRICK HAMMON (255047)
McMANIS FAULKNER
a Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
Email: epipkin@mcmanislaw.com

Attorneys for Defendants,
ZHONGLI SCIENCE AND
TECHNOLOGY GROUP CO. LTD.;
SUZHOU TALESUN SOLAR
TECHNOLOGY CO., LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MARTIFER-SILVERADO FUND I, LLC | Case No.: 4:19-CV-04243-YGR |
| Plaintiff | **CERTIFICATE OF SERVICE** |
| vs. | |
| ZHONGLI SCIENCE AND TECHNOLOGY GROUP CO., LTD.; SUZHOU TALESUN SOLAR TECHNOLOGY CO., LTD.; and DOES 1 THROUGH 5, inclusive | |
| Defendants, | |

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SANTA CLARA**

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my business address is 50 West San Fernando Street, 10th Floor, San Jose, CA 95113. My email address is acervantes@mcmanislaw.com.

On April 27, 2021, I served the following documents:

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

on the parties in this action by placing a true copy(ies) or the original(s) thereof enclosed in a sealed envelope(s) and courtesy copies sent via electronic mail addressed as follows:

| | |
|---|---|
| **David R. Burtt** | **Attorney for Plaintiff:** |
| **Mobility Legal P.C.** | **Martifer-Silverado Fund I, LLC** |
| **3464 Arivaca Ct.** | |
| **Reno, NV 89511** | |
| **dburtt@mobilitylegal.com** | |

**David R. Ongaro**
**Ongaro PC**
**1604 Union Street**
**San Francisco, CA 94123**
**dongaro@ongaropc.com**
**efrid@ongaropc.com**

☒ **(ELECTRONIC MAIL)**

By electronically serving the document(s) listed above via CM/ECF on the recipients designed on the Transaction Receipt located on the CM/ECF website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 27, 2021, at San Jose, California.

/s/ Ana Cervantes
ANA CERVANTES

CERTIFICATE OF SERVICE; Case No. 4:19-CV-04243-YGR