ELIZABETH PIPKIN (243611)
MARWA ELZANKALY (206658)
PATRICK HAMMON (255047)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
Email: epipkin@mcmanislaw.com

Attorneys for Defendants,
ZHONGLI SCIENCE AND TECHNOLOGY GROUP CO., LTD.; SUZHOU TALESUN SOLAR TECHNOLOGY CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARTIFER-SILVERADO FUND I, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ZHONGLI SCIENCE AND TECHNOLOGY GROUP CO., LTD., a Chinese corporation; SUZHOU TALESUN SOLAR TECHNOLOGY CO., LTD., a Chinese corporation; TALESUN SOLAR USA, LTD., a Delaware corporation; and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No.: 4:19-CV-04243-YGR<br><br>**JOINT STATEMENT RE: COURT'S DEC. 20, 2021 ORDER** |

1
JOINT STATEMENT RE: COURT'S DEC. 20, 2021 ORDER; Case No.: 4:19-CV-04243-YGR

# JOINT STATEMENT

Pursuant to the Court's December 20, 2021 Order, counsel for the parties have met and conferred, and have agreed that they will exchange their Initial Disclosures in this case no later than February 18, 2022.

Dated: January 14, 2022                     MOBILITY LEGAL P.C.

                                              */s/ David Burtt*
                                              DAVID BURTT

Attorneys for Plaintiff,
MARTIFER-SILVERADO FUND I, LLC


Dated: January 14, 2022                     McMANIS FAULKNER

                                              */s/ Elizabeth Pipkin*
                                              ELIZABETH PIPKIN
                                              MARWA ELZANKALY

Attorneys for Defendants,
ZHONGLI SCIENCE AND TECHNOLOGY GROUP CO., LTD.; SUZHOU TALESUN SOLAR TECHNOLOGY CO., LTD.

# FILER'S ATTESTATION

I, Elizabeth Pipkin, am the ECF User whose ID and password are being used to file this JOINT STATEMENT RE: COURT'S DEC. 20, 2021 ORDER. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Counsel whose e-signature appears on the foregoing pages has concurred with this filing.

                                              */s/ Elizabeth Pipkin*
                                              ELIZABETH PIPKIN