UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARTIFER-SILVERADO FUND I, LLC, | Case No. 19-cv-04243-YGR |
|---|---|
| Plaintiff, | |
| v. | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| ZHONGLI SCIENCE AND TECHNOLOGY GROUP CO., LTD., et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court hereby sets the following trial and pretrial dates:

# PRETRIAL SCHEDULE

| CASE MANAGEMENT CONFERENCE: | Monday, October 31, 2022 at 2:00 p.m. |
|---|---|
| REFERRED TO PRIVATE MEDIATION TO BE COMPLETED BY: | January 31, 2023 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | None without good cause; Motions under FRCP Rule 16(b)(4) |
| NON-EXPERT DISCOVERY CUTOFF: | September 9, 2022 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED, MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: July 1, 2022<br>Rebuttal: September 30, 2022 |
| EXPERT DISCOVERY CUTOFF: | October 21, 2022 |
| DISPOSITIVE MOTIONS[1] /DAUBERT MOTIONS TO BE FILED BY: | November 14, 2022 |
| COMPLIANCE DEADLINE (*See* PAGE 2) | Friday, March 24, 2023 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | March 31, 2023 |
| PRETRIAL CONFERENCE: | Friday, April 14, 2023 at 9:00 a.m. |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| Trial Date : | Monday, May 1, 2023 at 8:00 a.m. for (Jury Trial) |
|---|---|

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance deadline on Friday, March 24, 2023 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. Five (5) business days prior to the date of the compliance deadline, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance deadline will be taken off calendar.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: March 29, 2022

_____
**Yvonne Gonzalez Rogers**
**United States District Judge**