1  ELIZABETH PIPKIN (243611)
   MARWA ELZANKALY (206658)
2  TRINITY TAYLOR (310947)
   McMANIS FAULKNER
3  a Professional Corporation
   50 West San Fernando Street, 10th Floor
4  San Jose, California 95113
   Telephone:   (408) 279-8700
5  Facsimile:   (408) 279-3244
   Email:       epipkin@mcmanislaw.com
6
   Attorneys for Defendants,
7  ZHONGLI SCIENCE AND
   TECHNOLOGY GROUP CO., LTD.,
8  SUZHOU TALESUN SOLAR
   TECHNOLOGY CO., LTD.
9
                        UNITED STATES DISTRICT COURT
10                      NORTHERN DISTRICT OF CALIFORNIA
                              OAKLAND DIVISION
11

| MARTIFER-SILVERADO FUND I, LLC | Case No.: 4:19-CV-04243-YGR |
|---|---|
| Plaintiff | [PROPOSED] ORDER **TENTATIVELY** GRANTING ADMINISTRATIVE MOTION FOR A CONTINUANCE OF DEADLINES |
| vs. | |
| ZHONGLI SCIENCE AND TECHNOLOGY GROUP CO., LTD.; SUZHOU TALESUN SOLAR TECHNOLOGY CO., LTD.; and DOES 1 THROUGH 5, inclusive | |
| Defendants, | |

On June 17, 2022, defendants, Zhongli Science and Technology Group Co., Ltd., and Suzhou Talesun Solar Technology Co., Ltd., moved for an order continuing a number of the court's various pre-trial deadlines.

The Court, having read and considered defendants' motion and plaintiff's responsive papers, and good cause appearing therefore, orders as follows:

IT IS HEREBY ORDERED that Seagate's Motion for a Continuance of Pre-Trial Deadlines is **tentatively** GRANTED.

The Pre-trial deadlines are continued as follows:

1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR A CONTINUANCE OF DEADLINES; Case No.: 4:19-CV-04243-YGR

| Event | Current Date | New Date |
|---|---|---|
| Deadline to complete private mediation | January 31, 2023 | March 10, 2023 |
| Non-Expert Discovery Cutoff | September 9, 2022 | November 9, 2022 |
| Expert Opening Reports | July 1, 2022 | September 30, 2022 |
| Expert Rebuttal Reports | September 30, 2022 | November 14, 2022 |
| Expert Discovery Cutoff | October 21, 2022 | December 14, 2022 |
| Dispositive Motions/Daubert Motions | November 14, 2022 | January 23, 2023 |

All other dates and deadlines set forth in the Court's March 28, 2022, Case Management Order, shall remain the same. **The Court notes that this proposed schedule will require the parties to double-track preparation for trial.  The Court will not grant additional extensions to avoid this double-tracking.  Accordingly, the Court tentatively GRANTS this order, but allows the parties two days to respond and request that the schedule not be altered and the scheduled given in the Case Management Order at Dkt. No. 95 be maintained.**

    IT IS SO ORDERED.

DATED: June 29, 2022

_____
THE HON. YVONNE GONZALEZ ROGERS UNITED STATES DISTRICT COURT JUDGE