UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIFER-SILVERADO FUND I, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZHONGLI SCIENCE AND TECHNOLOGY GROUP CO., LTD., et al.,<br><br>Defendants. | Case No. 19-cv-04243-YGR   (SK)<br><br>**ORDER REGARDING OUTSTANDING DISCOVERY DISPUTES**<br><br>Regarding Docket Nos. 111, 112, 113 |

Now before the Court are the letter briefs filed by the parties to address their outstanding discovery disputes. After meeting and conferring, the parties have narrowed their disputes to three issues.

First, Defendants seek relevant financial information responsive to Defendants' Request for Production of Documents Nos. 38-46 and 97-99. The Court DENIES the motion to compel production of those documents.

Second, Defendants seek to reschedule the depositions of principals from Plaintiff to August 2022 because Defendants are concerned that Plaintiff will produce documents after the depositions. Currently, the parties have scheduled depositions in July 2022. The Court DENIES the request to order that the depositions take place in August 2022, but notes that, if Defendants receive documents after those depositions, Defendants may seek leave to re-depose those same individuals after showing that they were prejudiced by the late production.

Third, Defendants are concerned that Plaintiff may object on the basis that a question in a deposition was "asked and answered" from another deposition or trial in a related matter. The Court notes that such an objection has no basis in the law, and Plaintiff identifies no such law. That an individual was asked and answered an identical question in another proceeding does not

allow her or him to refuse to answer a question and does not form a basis for excluding that testimony from trial. The Court will not rule at this time that Plaintiff may or may not object on a specific basis, but the Court cautions parties that objections made in bad faith may lead to further motion practice.

Finally, Defendants' counsel complains that Plaintiff's counsel "yelled at" Defendants' counsel and personally insulted Defendants' counsel. The Court ORDERS that the parties must record their further communications in meeting and conferring on issues in a video and audio format. For example, if they meet on Zoom or some other web-based platform that allows recording, they must record that meeting.

**IT IS SO ORDERED**.

Dated: July 21, 2022

_____
SALLIE KIM
United States Magistrate Judge