UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIFER-SILVERADO FUND I, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZHONGLI SCIENCE AND TECHNOLOGY GROUP CO., LTD., et al., <br><br> Defendants. | Case No. 19-cv-04243-YGR (SK) <br><br> **ORDER ON REQUEST REGARDING SPECIAL INTERROGATORIES** <br><br> Regarding Docket No. 148 |

On October 18, 2022, Parties filed a Joint Discovery Letter Brief on Defendants' Special Interrogatories. (Dkt. No. 148.) In the letter, the parties dispute the First Sets of Special Interrogatories of Defendants Zhongli Science and Technology Group Co., Ltd. ("Zhongli"), and Suzhou Talesun Solar Technology Co., Ltd. ("Suzhou") and Plaintiff's objections to these interrogatories. (*Id.* at 1, 11-89.) Plaintiff argues that the interrogatories are impermissibly compound and are premature given that Defendants have not responded to any fact discovery. (*Id.* at 6-9.) Defendants Zhongli Science and Technology Group Co., Ltd., and Suzhou Talesun Solar Technology Co., Ltd (collectively, "Defendants") argue that the interrogatories are not impermissibly compound and Plaintiffs must respond due to the limited amount of time remaining in fact discovery. (*Id.* at 2-5.) The close of fact discovery is scheduled for December 1, 2022. (*Id.* at 3.) The parties also dispute the possession, custody, and control of information related to FTP Solar LLC. (*Id.* at 5,9.) Defendants request the court to overrule Plaintiff's objections and compel further responses to Zhongli' Special Interrogatories, Nos. 1-18, and 21-22, and Suzhou's Special Interrogatories, Nos. 4-7, 10-15, and 17- 20. (*Id.* at 5.)

The Court hereby GRANTS the request to compel responses to Zhongli's and Suzhou's Special Interrogatories. First, the Special Interrogatories are not impermissibly compound, as they

seek information about facts, documents, and people to support discrete topics. *Synopsis, Inc. v. ATopTech, Inc*., 319 F.R.D. 293, 297-298 (N.D. Cal. 2016).

Second, even though Defendants have not responded to any discovery, Plaintiff is required to provide its responses within 30 days and later supplement them if they receive information from Defendants.

Finally, Plaintiff is not required to provide information from third party FTP Solar.

**IT IS SO ORDERED**.

Dated: October 27, 2022


_____
SALLIE KIM
United States Magistrate Judge